AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 04/19/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Our Lady of Good Counsel High School - salary |
| 2. | 2017 | self-employed development consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO ADVISORS #1 | | | | | | | | | |
| 2. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. WELLS FARGO ADVISORS #2 | | | | | | | | | |
| 5. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | M | T | | | | | |
| 6. TAX EXEMPT BOND FUND OF AMERICA FUND CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. WELLS FARGO ADVISORS MUNICIPAL ACCOUNT | | | | | | | | | |
| 9. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 10. SOUTH CAROLINA ST PUB SVC AUTH REV RFDG SER A G/O B\E (DUE 1/1/21) | B | Interest | | | Sold | 06/29/17 | K | A | |
| 11. ANNAPOLIS MD PREREFUNDED RFDG PUB IMPTS G/O UNLTD B\E (DUE 8/1/24) | A | Interest | | | Sold | 01/30/17 | J | A | |
| 12. ANNAPOLIS MD UNREFUNDED BAL RFDG PUB IMPTS G/O UNLTD B\E (DUE 8/1/24) | A | Interest | | | Sold | 03/28/17 | K | B | |
| 13. PRINCE GEORGES CNTY MD CONS PUB IMPT SER A G/O LTD B\E (DUE 9/15/24) | B | Interest | K | T | | | | | |
| 14. BALTIMORE MD CONS PUB IMP SER A G/O UNLTD B\E (DUE 10/15/25) | B | Interest | K | T | | | | | |
| 15. MARYLAND ST ST & LOC FACS 1ST SER A BOOK ENTRY G/O (DUE 3/1/25) | A | Interest | K | T | | | | | |
| 16. TALBOT CNTY MD RFDG PUB IMPT G/O LTD B\E (DUE 12/15/25) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ANNE ARUNDEL CNTY MD CONS WTR & SWR G/O LTD B\E (DUE 4/1/26) | A | Interest | K | T | | | | | |
| 18. MD ST HLTH&HIGH EFA REV RFDG JOHNS HOPKINS UNIV SER A B/E (DUE 7/1/26) | B | Interest | K | T | | | | | |
| 19. FRED CNTY MD ISSUES DTD PR TO 6/29/16 SEE 355694 CPN 5% DUE 2/1/27 | A | Interest | K | T | Buy | 03/29/17 | K | | |
| 20. ALAMO TX REGL MOBILITY AUTH VEH REG FEE REV JR LIEN B/E (DUE 6/15/28) | B | Interest | K | T | | | | | |
| 21. SEQUOIA CA UN HIGH SCH DIST ELECTION 2014 G/O B\E (DUE 7/1/28) | A | Interest | J | T | | | | | |
| 22. MARYLAND ST DPT TRANSN CONS TRANSN REV B/E (DUE 11/1/28) | A | Interest | K | T | | | | | |
| 23. BOSSIER CTY LA PUB IMPT SALES&USE TX REV SER ST B/E CPN 5% DUE 12/1/28 | A | Interest | J | T | Buy | 03/29/17 | J | | |
| 24. BALTIMORE MD REV RFDG WASTEWATER PJS SER B B/E CPN 5% DUE 7/1/29 | A | Interest | J | T | Buy | 01/30/17 | J | | |
| 25. NY ST DRM ATH ST PERS INC TX REV GEN PURP SER A B/E CPN 5% DUE 2/15/31 | | None | K | T | Buy | 06/30/17 | K | | |
| 26. | | | | | | | | | |
| 27. WELLS FARGO ADVISORS IRA #1 | | | | | | | | | |
| 28. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 29. ISHARES ETF RUSSELL 2000 | A | Dividend | K | T | Buy | 03/13/17 | J | | |
| 30. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 31. ISHARES CORE MSCI ETF EMERGING MARKETS ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 32. ISHARES CORE MSCI ETF EAFE ETF | A | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 33. ISHARES CORE S&P MIDCAP ETF | A | Dividend | J | T | | | | | |
| 34. ISHARES CORE S&P 500 ET S&P 500 INDEX FD | B | Dividend | L | T | Sold (part) | 04/05/17 | J | | |
| 35. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 36. ISHARES CORE S&P ET SMALLCAP | | None | | | Sold | 03/13/17 | K | | |
| 37. ISHARES CORE U.S. ET AGGREGATE BOND | A | Dividend | K | T | Buy (add'l) | 08/16/17 | J | | |
| 38. ISHARES EDGE MSCI ETF MIN VOL USA ETF | A | Dividend | K | T | Buy | 04/05/17 | K | | |
| 39. DEUTSCHE SECS TR ENHANCED COMMODITY STRAT FD INSTL CLASS | A | Dividend | J | T | | | | | |
| 40. FIRST EAGLE FUNDS FIRST EAGLE GLOBAL FUND CLASS 1 | | None | | | Sold | 04/05/17 | K | | |
| 41. DODGE & COX STK FD | B | Dividend | K | T | Buy | 08/16/17 | K | | |
| 42. DODGE & COX FDS INTL STK FD | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 43. HARTFORD MUT FDS II GROWTH OPPORTUNITIES FD CL 1 | B | Dividend | K | T | Sold (part) | 08/16/17 | J | | |
| 44. MAINSTAY FD HIGH YIELD CORPORATE BD FD CL I | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 45. KINETICS MUT FDS INC SMALL CAP OPPORTUNITIES FD INSTL CL | | None | | | Sold | 04/05/17 | K | | |
| 46. BROOKFIELD INVT FUNDS GLOBAL LISTED REAL ESTATE FD CL Y | A | Dividend | K | T | | | | | |
| 47. OAKMARK FUNDS ADVISOR CLASS | A | Dividend | J | T | Sold (part) | 08/16/17 | K | | |
| 48. SMALLCAP WORLD FD INC CL F2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. OPPENHEIMER INTL GRWTH FD CL Y SHS | | None | | | Sold | 08/16/17 | J | | |
| 50. ADVISORS SER TRUST PIA HIGH YIELD FUND INSTL CL | A | Dividend | | | Sold | 03/22/17 | J | | |
| 51. TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | A | Dividend | J | T | | | | | |
| 52. UNDISCOVERED MANAGERS BEHAVIORAL VALUE CLASS L | A | Dividend | K | T | | | | | |
| 53. VAN ECK FUNDS EMERGING MARKETS FUND CLASS Y | A | Dividend | K | T | Sold (part) | 08/16/17 | J | | |
| 54. | | | | | | | | | |
| 55. WELLS FARGO ADVISORS IRA #2 | | | | | | | | | |
| 56. WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | J | T | | | | | |
| 57. INVESCO GLOBAL REAL ESTATE Y | A | Dividend | | | Buy (add'l) | 02/03/17 | J | | |
| 58. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 59. | | | | | Sold | 08/28/17 | J | | |
| 60. DEUTSCHE SECS TR ENHANCED COMMODITY STRAT FD INSTL CLASS | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 61. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 62. BLAIR WILLIAM FDS INTL GROWTH FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 63. | | | | | Sold (part) | 05/05/17 | J | | |
| 64. CARILLON SER TR EAGLE SMALL CAP GROWTH FD CL 1 | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 65. | | | | | Sold (part) | 05/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. DELAWARE GROUP EQUITY FDS II - VALUE FD INSTL CL | A | Dividend | | | Buy (add'l) | 02/03/17 | J | | |
| 67. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 68. | | | | | Sold | 08/28/17 | J | | |
| 69. EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Dividend | J | T | Buy (add'l) | 05/05/17 | J | | |
| 70. AMG TIMESSQUARE MID CAP GROWTH FD CL I | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 71. | | | | | Sold (part) | 05/05/17 | J | | |
| 72. FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CL 1 | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 73. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 74. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Sold (part) | 01/13/17 | J | | |
| 75. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 76. | | | | | Sold (part) | 04/13/17 | J | | |
| 77. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 78. | | | | | Sold (part) | 07/14/17 | J | | |
| 79. | | | | | Sold (part) | 10/13/17 | J | | |
| 80. HANCOCK JOHN CAP SER CLASSIC VALUE FD CL 1 | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 81. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 82. HARBOR FD INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | | | | | Sold (part) | 05/05/17 | J | | |
| 84. HOTCHKIS & WILEY FDS MID CAP VALUE FD CL 1 | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 85. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 86. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | B | Dividend | K | T | Sold (part) | 02/03/17 | J | | |
| 87. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 88. LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 89. | | | | | Sold (part) | 05/05/17 | J | | |
| 90. MFS SER TR I VALUE FD CL 1 | A | Dividend | K | T | Buy | 08/28/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 92. MFS SER TR X EMERGING MKTS DEBT FD CLASS 1 | A | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 94. MAINSTAY LARGE CAP GROWTH FUND CLASS 1 | B | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 95. | | | | | Sold (part) | 05/05/17 | J | | |
| 96. WELLS FARGO EMERGING GROWTH FUND CLASS INST | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 97. | | | | | Sold (part) | 05/05/17 | J | | |
| 98. PRINCIPAL FUNDS INC GLOBAL REAL ESTATE SECS FUND INSTL CLASS | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 99. OPPENHEIMER DEV MKTS CL Y | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Sold (part) | 05/05/17 | J | | |
| 101. T ROWE PRICE REAL EST FUND INC | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 102. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 103. VICTORY SYCAMORE SMALL CO OPPTY FD CL I | A | Dividend | K | T | Sold (part) | 02/06/17 | J | | |
| 104. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 105. VOYA FUNDS VOYA LARGE CAP GROWTH FUND CLASS I | A | Dividend | J | T | Sold (part) | 05/05/17 | J | | |
| 106. WELLS FARGO FDS TR CORE BOND FUND CLASS INST | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 107. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 108. | | | | | | | | | |
| 109. TIAA-CREF RETIREMENT ACCOUNTS | | | | | | | | | |
| 110. TIAA TRADITIONAL ACCOUNT | B | Interest | K | T | | | | | |
| 111. CREF STOCK ACCOUNT | D | Interest | L | T | | | | | |
| 112. CREF GROWTH ACCOUNT | E | Interest | L | T | | | | | |
| 113. CREF GLOBAL EQUITIES ACCOUNT | E | Interest | M | T | | | | | |
| 114. TIAA REAL ESTATE | A | Interest | K | T | | | | | |
| 115. TIAA ACC LFCYCLE 2030 | C | Interest | K | T | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. VALIC ANNUITY ACCOUNTS | | | | | | | | | |
| 118. LARGE CAP ACCOUNT | C | Dividend | K | T | | | | | |
| 119. FIXED INCOME ACCOUNT | A | Interest | K | T | | | | | |
| 120. | | | | | | | | | |
| 121. CAPITAL ONE BANK CASH ACCOUNT | | None | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. The account shown on line 39 of the 2016 FDR was exchanged for the account shown on line 47 of the 2017 FDR.

2. The account shown on line 101 of the 2016 FDR was exchanged for the account shown on line 70 of the 2017 FDR.

3. The name of the account shown on line 124 of the 2016 FDR was changed and is now reflected on line 64 of the 2017 FDR.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544